UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-60838-CIV-ZLOCH



SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

vs.

ANDRX CORPORATION,

        Defendant.
_____/

**CONSENT FINAL JUDGMENT**

THIS MATTER is before the Court upon the Consent Of Andrx Corporation (DE 3) filed herein by the Defendant, Andrx Corporation. The Court has carefully considered said Consent, the entire court file and is otherwise fully advised in the premises.

The Court notes that Plaintiff Securities and Exchange Commission (hereinafter the "Commission") commenced this action by filing its Complaint (DE 1) against Defendant, Andrx Corporation (hereinafter "Andrx") and that Andrx in its Consent of Andrx Corporation (DE 3) entered a general appearance herein. In its Complaint, the Commission sought a civil penalty against Andrx in the amount of one hundred thousand dollars ($100,000) based on Cybear Inc.'s violations of Section 13(a), 13(b)(2), and 14(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78m(a), 78m(b) and 78n(a), and Rules 12b-20, 13a-13 and 13a-9 thereunder. 17 C.F.R. §§ 240.12b-20, 13a-13, 14a-9.

Andrx, by the instant Consent (DE 3), without admitting or



denying any of the allegations of the Commission's Complaint (DE 1), except as to the jurisdiction of the Court over it and over the subject matter of the above-styled cause, has agreed to the entry of this Consent Final Judgment.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The aforementioned Consent Of Andrx Corporation (DE 3) filed herein by the Defendant be and the same is hereby approved, adopted and ratified by the Court;

2. Defendant, Andrx Corporation shall pay a civil penalty in the amount of one hundred thousand dollars ($100,000) pursuant to Section 21(d)(3) of the Exchange Act. 15 U.S.C. § 78u(d)(3). Defendant shall satisfy this obligation by paying one hundred thousand dollars ($100,000) within ten (10) days of entry of this Consent Final Judgment. Payment shall be made by U.S. Postal money order, certified check, bank cashier's check, or bank money order, made payable to the Securities and Exchange Commission, Operations Center, 6432 General Green Way, Stop 0-3, Alexandria, VA 22312, under cover of a letter that identifies the Defendant, the name and case number of the above-styled cause, the name of the Court, and the Commission case number (FL-2650). A copy of the cover letter and of the form of payment shall be simultaneously transmitted to Ivan P. Harris, Assistant Regional Director, Securities and Exchange Commission, Southeast Regional Office, 801 Brickell

Avenue, Suite 1800 Miami, FL 33131; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of May, 2003.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Ivan P. Harris, Esq.
For Plaintiff

Christian R. Bartholomew, Esq.
For Defendant